DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 2011-26 |
| ) | |
| **TIA BENNETT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

ATTORNEYS:

**Everard E. Potter, AUSA**
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Gabriel J. Villegas, Esq.**
St. Thomas, U.S.V.I.
    *For Tia Bennett.*

## ORDER

**GÓMEZ, C.J.**

Pursuant to the Report and Recommendation of the United States Magistrate to which there is no timely objection, the plea of guilty of the defendant to Count One of the Information, Knowing Use or Attempted Use of a Document Prescribed by Statute and Regulation for Entry into and as Evidence of Authorized Stay in the United States which Was Forged, Counterfeited, Altered, Falsely Made, Procured by Means of a False Claim or Statement, or otherwise Procured by Fraud and Unlawfully Obtained, is accepted, and the defendant is adjudged guilty of such offense.

*United States v. Bennett*
Criminal No. 2011-26
Order
Page 2

The sentence hearing date is scheduled for Wednesday, October 12, 2011 at 9:30 a.m.

                                              S\_____
                                               **Curtis V. Gómez**
                                                 **Chief Judge**